IN CAPERS COURT AT FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Terrell Latrey Capers; a man
    **The aggrieved**                       CASE-NO:8:20-cv-1960-T-36TGW

_____

Stephanie Nunes Xavier and Robin
Fernandez Fuson, Wesley D. Tibbals
    **Wrongdoers**

_____

**AMENDED COMPLAINT SHOWING CAUSE OF ACTION WITH AFFIDAVIT OF CLAIMS**

I, Terrell Latrey Capers; The aggrieved man, being duly sworn under penalty of perjury claim the following is true:
**COMPLAINT:** *Fraud, Trespass, Violation of rights under the color of law, conversion.*

***Federal question:*** *Can a man or woman acting under* **THE COLOR OF LAW** *administratively, conspire and take away property from and of a man without compensation and or unlawfully withhold that property from a man taken without verifiable evidence, a hearing on the matter or lawful justification and coerce that man to contract for a debt for which he is not a party to?*

*Is a man or woman acting under* **THE COLOR OF LAW** *administratively, liable for compensation for causing injury, harm and damages to the aggrieved asserting verifiable claims for such wrongful acts and required to immediately restore the property in which was unlawfully taken by use of deadly force, fraud and through trespass?*

*Can a man or woman acting under* **THE COLOR OF LAW** *administratively, prohibit a man from having his grievances redressed by a court unless he hires a member of a private association in which the man or woman acting under* **THE COLOR OF LAW** *was a member of, to speak for the man aggrieved on matters that the members of the private association have no first hand knowledge of, are non parties to the matter?*

*Would Those who commit the aforementioned actions stated above under* **THE COLOR OF LAW** *be in violation comparable to* **18 U.S.C. 241 & 242** *be subject to the penalties associated with violating said Federal Law and Natural Law, Universal Law, God's Law, Rights of The People of this land, Morality of man, Principles of decency and the Bill of Rights subject to the Constitution of The United States Of America?*

## AFFIDAVIT OF CLAIMS

1.) I, The aggrieved man, am not a member of the legal society nor am I subjected to its policies, rules or codes nor do I understand them and at this time I wish not for them to be imposed on to I. I am a man and assert all rights as man and is the only title of status I have. An action for **The immediate restoration of my property is required of this court by operation of law as full faith and credit is established ( See exhibit A).**

2.) I, The aggrieved man, claim the man **Robin Fernandez Fuson,** the woman, **Stephanie Nunes Xavier** and the man, **Wesley D. Tibbals,** Have trespassed on my property, have taken my property without compensation nor with authority, have withheld my property from me in unlawful naked possession and have conspired against and deprived my rights to my property, my liberty, my freedom.

3.) This action to restore my property in which was unlawfully attorned to the **WRONGDOERS** by the wrongdoers for the wrongdoers.

4.) The aforementioned wrongdoers acted under the **COLOR OF LAW** to unlawfully do wrong and cause harm and injury with malice to I, The aggrieved man.

5.) There are no laws that bind I to the wrongdoers.

6.) The property in which was taken is my creation of my own blood and genetics.

7.) Said wrongdoers are in debt to I for the unlawful taking and possession of my property of the sum of : **$1.00 per second from August 11th 2020 at 7:36:48 p.m until the second my property is returned.**

8.) Said wrongdoers have been noticed on multiple occasions and have made fraudulent public statements against I causing conversion to occur and have admitted through action their guilt and to the truth of my claims.

9.) The acts committed by the wrongdoers are comparable to **18 U.S.C. 241 & 242** which establishes this courts Federal Jurisdiction to hear this matter comparable to being under the subject matter of a federal question as all said wrongdoers reside in the state of Florida. Wrongdoer, **Stephanie Nunes Xavier is a citizen of Rhode Island but has relocated and resided in Florida since 2018.**

**Wherefore, The law of the land gives rights for a man's grievances to be heard and redressed by this court of record. To deny this requirement will cause harm on to I as this is a matter of property, life, liberty and the pursuit of happiness and the unlawful taking of such rights by fraud, coercion and use of deadly force without honor against I, The aggrieved man. This matter should be redressed expeditiously without delay as the life of my family depends on this courts ability to redress my**

claims against those who have caused great irreparable injury on to I, the aggrieved man. I reserve all rights and waive non.

\s\ Terrell Latrey Capers  UCC 3-108
Terrell Latrey Capers; man
6337 35TH AVE CIR E
PALMETTO ,FL 34221

239-398-6271

Terrellcapers91@gmail.com


Verified on: 09/07/2020