FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2020 SEP 14  PM 2:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Terrell Latrey Cafers
**Affiant**

v.

CASE NUMBER: 8:20-cv-1960-T-36TGW
(To be supplied by Clerk's Office)

Stephanie Nunes Xavier
Robin Fernandez Fuson
Wesley D. Tibbals,
**Defendant(s)**

## AFFIDAVIT OF INDIGENCY

(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, Terrell Latrey Cafers, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed in forma pauperis in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: Trespass, Fraud, Violation of rights under the color of Law, Conversion.

II. **RESIDENCE:**
Affiant's address: 6337 35th Ave Cir E
(Street)
(City) Palmetto   (State) Florida   (Zip Code) 34221

III. **MARITAL STATUS:**

1. Single ☒   Married ☐   Separated ☐   Divorced ☐

2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

1. Number: 0

2. Relationship to dependent(s): 0

3. How much money do you contribute to your dependent's support on a monthly basis? $ 0

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: N/A

   a. Address of employer: N/A
   (Street)
   (City)   (State)   (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?
   Years: N/A   Months: N/A

   c. Income: Monthly $ 0   or Weekly $ _____

   d. What is (was) affiant's job title? N/A

2. If unemployed, date of last employment: 10/08/2015

3. Is spouse employed? _____ If so, name of employer: _____

   _____

   a. Income: Monthly $_____ or Weekly $_____

   b. What is spouse's job title? _____

4. Are you and/or your spouse receiving welfare aid?

   If so, amount: Monthly $_____ or Weekly $_____

## VI. FINANCIAL STATUS:

1. Owner of real property (excluding ordinary household furnishings and clothing):

   a. Description: _N/A_____

   b. Full address: _N/A_____
                                 (Street)

   _____
   (City)                     (State)          (Zip Code)

   c. In whose name? _N/A_____

   d. Estimated value: $ _____

   e. Total amount owed: $ _____

   Owed to: _____ for $ _____

   _____ for $ _____

   f. Annual income from property: $ _____

2. Other assets/property:

   a. Automobile: Make _N/A_____ Model _____

   In whose name registered? _N/A_____

   Present value of car: $ _____

   Amount owed: $ _____

   Owed to: _0_____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ _200_

    c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession, or other forms of self employment: $ _____

Rent payments, interest, or dividends: $ _____

Pensions, annuities, or life insurance payments: $ _____

Gifts or inheritances: $ 200

Stocks, bonds, or notes: $ _____

Other sources: $ _____

3. Obligations:

    a. Monthly rental on house or apartment: $ 0

    b. Monthly mortgage payments on house: $ 0

4. Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly Payment) |
| --- | --- | --- |
| (Creditor) | (Total Debt) | (Monthly Payment) |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain): $200 monthly stipend

VII. **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: _____
2. Estimated release or parole date: _____
3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII. **ALL AFFIANTS MUST READ AND SIGN:**

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____ UCC 1-308
Signature of Affiant

STATE OF FLORIDA
COUNTY OF Hillsborough

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____
DAY OF _____, 20_____, BY _____
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____

_____, AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)

TAKE AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: