FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 SEP 14 PM 2:56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Terrell Latrey Capers

Plaintiff

CASE NUMBER: 8:20-CV-1960-T-36TGW

v. Stephanie Nunes Xavier
Robin Fernandez Fuson
Wesley D. Tibbals

Defendant

## Motion for E-Filing Priviledge

I, Terrell Latrey Capers, being duly sworn under penalty of perjury ask for the following:

1.) I, Terrell Latrey Capers, need E-Filing Priviledge because I live in Manatee County and it would be helpful to E-file my documents.

Email: TerrellCapers94@gmail.com
Telephone: 239-398-6278
Address: 6337 35th Ave Cir E Palmetto, FL 34221

UCC 1-308