UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRELL LATREY CAPERS,

   Plaintiff,

v.                                       Case No: 8:20-cv-1960-T-36TGW

STEPHANIE NUNES XAVIER, ROBIN
FERNANDEZ FUSION and WESLEY D.
TIBBALS,

   Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on October 2, 2020 (Doc. 12). In the Report and Recommendation, Magistrate Judge Wilson recommends that the amended complaint be dismissed with prejudice. Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 12) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 9) is DENIED.

(3) Plaintiff's Amended Complaint (Doc. 8) is DISMISSED with prejudice, as amendment would be futile.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on October 23, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record
Terrell Capers, *pro se*